FILED

JUL 10 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 13-10291 |
| Plaintiff - Appellee, | 13-10292 |
| v. | D.C. Nos. 2:12-cr-01668-JAT |
|  | 2:13-cr-50014-JAT |
| JESUS SANTIAGO SOSA-ORTIZ, a.k.a. Jesus Sosa-Ortiz, | MEMORANDUM[*] |
| Defendant - Appellant. |  |

Appeal from the United States District Court
for the District of Arizona
Ronald S.W. Lew, District Judge, Presiding[**]

Submitted June 25, 2014[***]

Before:     HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

In these consolidated appeals, Jesus Santiago Sosa-Ortiz appeals from the

district court's judgment and challenges his guilty-plea conviction and 72-month

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable Ronald S.W. Lew, Senior United States District Judge for the Central District of California, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326, and the revocation of supervised release and 8-month concurrent sentences imposed thereupon.  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Sosa-Ortiz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Sosa-Ortiz the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal in case number 13-10291.  The appeal in case number 13-10292 is moot.  *See Spencer v. Kemna*, 523 U.S. 1, 12-14 (1998).

Counsel's motion to withdraw is **GRANTED.**

**In case number 13-10291, the judgment is AFFIRMED; in case number 13-10292, the appeal is DISMISSED as moot.**